June 30, 2006

Mr. Todd A. Clark
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
P. O. Box 2156
Austin, TX 78768
Mr. Kevin T. O'Hanlon
O'Hanlon & Associates
808 West Avenue
Austin, TX 78701

RE: Case Number: 05-0414
 Court of Appeals Number: 14-04-00129-CV
 Trial Court Number: 03CV3724

Style: COLUMBUS INDEPENDENT SCHOOL DISTRICT
 v.
 FIVE OAKS ACHIEVEMENT CENTER

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to the trial court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carrie Gregor |
| |Clerk |
| |Mr. Ed Wells |